AARON GUERRERO, ESQ.
*(Admitted Pro Hac Vice)*
**Texas Bar No. 24050698**
SNOW SPENCE GREEN, LLP
2929 Allen Parkway, Ste. 4100
Houston, Texas  77019
Telephone: 713-335-4838
Fax:  713-355-4848
AaronGuerrero@snowspencelaw.com

JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, Nevada  89505
Telephone :  775-688-3000
Fax:  775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Plaintiff
SCHLUMBERGER WATER SERVICES
USA, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## RENO DIVISION

| | |
|---|---|
| **SCHLUMBERGER WATER SERVICES USA, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALTA DRILLING INTERNATIONAL LLC,**<br><br>Defendants. | Civil Action No. 3:13-cv-0414<br><br>**DEFAULT JUDGMENT** |

Before the Court is the Second Motion for Default Judgment filed by Plaintiff, Schlumberger Water Services USA, Inc. ("Schlumberger").  Defendant, Alta Drilling

International LLC ("Defendant") was served with the summons and Complaint (Doc. No. 1), and the return of service has been on file for more than ten days. Defendant has wholly failed to answer or appear in this case.

In its Complaint, Schlumberger alleges that it contracted with the Defendant whereby Schlumberger would furnish equipment and materials to Defendant and to perform services to be used in connection with Defendant's oil and gas operations. Schlumberger performed all of its obligations under the contracts with Defendant and the Defendant accepted the equipment, materials, labor and services without rejection and became bound to pay Schlumberger the agreed upon and designated charges. Defendant failed and wrongfully refused to pay the amount due under the invoices for the equipment and materials furnished and labor and services performed by Schlumberger. The total amount due and owing from Defendant to Schlumberger is $269,936.68. Schlumberger alleges that Defendant has committed, inter alia, (1) breach of contract; and (2) quantum meruit.

This Court having found the allegations in the Complaint sufficient to support Schlumberger's claims for breach of contract and quantum meruit, concludes that Schlumberger is entitled to the relief requested in its pleadings. Accordingly, it is hereby:

**ORDERED** that Schlumberger's Motion for Default Judgment is **GRANTED** and final default judgment is entered in favor of Schlumberger against Defendant for the following amounts:

(a) $269,936.68 in actual damages;

(b) $600.00 costs of court;

(c) $9,913.71 in attorney's fees and costs;

(e) $48,588.60 for the 18% contractual penalty for failing to timely pay the Invoices; and

(f) Post-judgment interest at the highest rate permitted by law, applied to all amounts awarded herein and beginning to accrue on the date of entry of final judgment.

**THIS IS A FINAL JUDGMENT.**

DATED this 20th day of February, 2014

_____
District Court Judge

Submitted by:

John F. Murtha, Esq.
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

Attorneys for Plaintiff
Schlumberger Water Services USA, Inc.

3